

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00825-CV, 04-13-00827-CV

**IN THE INTEREST OF J.G.**

From the Probate Court No. 1, Bexar County, Texas
Trial Court Nos. 2013-MH-3488, 2013-MH-3502
Honorable Oscar J. Kazen, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial judge's orders are AFFIRMED. Appellant is indigent; no costs are taxed against Appellant.

SIGNED September 17, 2014.

_____
Patricia O. Alvarez, Justice